GARY M. RESTAINO
United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant U.S. Attorney
Arizona State Bar No. 011796
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: raquel.arellano@usdoj.gov
Attorneys for Plaintiff

FILED

2022 SEP 28 AM 4:13

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-02127 TUC-JGZ(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Esteban Gonzalez-Melendez,

Defendant.

I N D I C T M E N T

Violations:

18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2)
(Possession of a Firearm and
Ammunition by an Illegal Alien)
COUNT 1

8 U.S.C. § 1326(a)
(Reentry of a Removed Alien)
COUNT 2

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about September 9, 2022, in the District of Arizona, ESTEBAN GONZALEZ-MELENDEZ, knowing he was an alien who was illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate commerce, one (1) American Tactical, Omni Hybrid, AR-15 Style 5.56 caliber pistol; one (1) Taurus, model G3C, 9mm pistol; one (1) FEG army, model PA-63, .380 caliber pistol; one (1) AR-15 rifle magazine and one (1) AR-15 drum magazine containing a total amount of 92 rounds of 5.56 caliber ammunition; one (1) FEG army .380 caliber magazine containing 14 rounds of .380 caliber ammunition; and one (1) Taurus G3C 9mm magazine containing 12 rounds

of 9mm ammunition; in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT 2

On or about September 9, 2022, in the District of Arizona, ESTEBAN GONZALEZ-MELENDEZ, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona, on or July 24, 2015, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

## FORFEITURE ALLEGATION

Upon conviction of the charge alleged in the Indictment, the defendant, ESTEBAN GONZALEZ-MELENDEZ, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: one (1) American Tactical, Omni Hybrid, AR-15 Style 5.56 caliber pistol, bearing serial number NS172090; one (1) Taurus, model G3C, 9mm pistol, bearing serial number ACM622723; one (1) FEG army, model PA-63, .380 caliber pistol, bearing serial number AB4916; one (1) AR-15 rifle magazine and one (1) AR-15 drum magazine containing a total amount of 92 rounds of 5.56 caliber ammunition; one (1) FEG army .380 caliber magazine containing 14 rounds of .380 caliber ammunition; and one (1) Taurus G3C 9mm magazine containing 12 rounds of 9mm ammunition.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

      All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: September 28, 2022

REDACTED FOR
PUBLIC DISCLOSURE

GARY M. RESTAINO
United States Attorney
District of Arizona

/S/
_____
RAQUEL ARELLANO